## 51414. CHATMAN v. THE STATE.

QUILLIAN, Judge.

This appeal was taken from the defendant's conviction for theft of a motor vehicle. See Criminal Code of Georgia, § 26-1813 (Code Ann. § 26-1813; Ga. L. 1968, pp. 1249, 1295; 1969, pp. 857, 861).

The defendant's contention that the evidence was insufficient to sustain the verdict is without merit. From a careful review of the transcript, we find that the evidence, although conflicting, amply supported the finding of guilt.

*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

SUBMITTED NOVEMBER 4, 1975 — DECIDED NOVEMBER 19, 1975.

*J. Douglas Willix,* for appellant.
*Lewis R. Slaton, District Attorney, H. Allen Moye, Assistant District Attorney,* for appellee.